UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DIVISION

| | | |
|---|---|---|
| REGINALD MCNEARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-950 CAS |
| | ) | |
| ST LOUIS COUNTY JUSTICE CENTER, et al., | ) | |
| | ) | |
| Defendants, | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's pro se complaint. Plaintiff, a prisoner, has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. Plaintiff must pay the fee or file a motion for leave to proceed in forma pauperis in order to proceed with this action. If plaintiff chooses to file a motion for leave to proceed in forma pauperis, he must also submit a prison account statement as required by 28 U.S.C. § 1915(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty days of the date of this Order, either pay the $350 filing fee or file a motion to proceed in forma pauperis along with a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the "Motion to Proceed In Forma Pauperis - Prisoner Cases" form.

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of July, 2014.